UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL DIAZ,

                              Plaintiff,

              -against-

LEWIS J. LIMAN,

                              Defendant.

25cv7103 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 29, 2025, order, this action is dismissed. The

Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf.

Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

  Dated:    December 30, 2025
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge